# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JERRY ALLEN FRENCH, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:07-0206 |
| | ) JUDGE ECHOLS |
| SHERIFF JOHN HOLDER, et al., | ) |
| Defendants. | ) |

## ORDER

Pending before the Court is the Report and Recommendation ("R&R") entered by the United States Magistrate Judge on March 28, 2007 (Docket Entry No. 9), recommending dismissal without prejudice of this suit brought by *pro se* Plaintiff Jerry Allen French under 42 U.S.C. § 1983. The record shows that Plaintiff was released from the Cheatham County Jail on February 12, 2007, and that Plaintiff has not kept the Court apprized of his current address. The Court's efforts to communicate with Plaintiff have been fruitless because mail addressed to Plaintiff at his last known Nashville address has been returned to the Court, and Plaintiff has not completed service packets so that the named Defendants may be served with process. Because Plaintiff has not received the Court's mail, he obviously has not filed any timely objections to the R&R.

In reviewing an R&R, the Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b). Having carefully reviewed the entire record in this case, the Court finds that no error of fact or law appears in the R&R. Accordingly,

1

(1) The R&R of the Magistrate Judge (Docket Entry No. 9) is hereby ACCEPTED.

(2) This case is hereby DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(b).

(3) Entry of this Order on the docket shall constitute entry of final Judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a).

IT IS SO ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE